| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Adelman, Lynn S. | 2. Court or Organization Eastern District of Wisconsin | 3. Date of Report 07/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

517 E. Wisconsin Ave., Rm. 364
Milwaukee, WI 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | State of Wisconsin - Pension/Retirement | $16,838.80 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Iowa State Bar | 8/20/2015 | Des Moines, IA | Social Security Disability Conference Talk | travel expenses, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Exxon Mobil Corporation XOM | B | Dividend | K | T | | | | | |
| 2. Nike Stock NKE | A | Dividend | L | T | | | | | |
| 3. Pfizer PFE | B | Dividend | L | T | | | | | |
| 4. Royal Dutch Shell A Adrf RDSA | A | Dividend | J | T | | | | | |
| 5. Rental Property - Milwaukee, Wisconsin | E | Rent | N | S | | | | | |
| 6. Citizen's Bank of Mukwonago | A | Interest | L | T | | | | | |
| 7. Citizen's Bank of Mukwonago | A | Interest | L | T | | | | | |
| 8. Mutual Savings Bank | A | Interest | K | T | | | | | |
| 9. Citizen's Bank of Mukwonago | | None | J | T | | | | | |
| 10. Business - plant nursery at residence | | None | J | W | | | | | |
| 11. Spdr S&P Midcap 400 Etf MDY | B | Dividend | M | T | | | | | |
| 12. Energizer Holdings ENR | A | Dividend | J | T | | | | | |
| 13. Henderson European Focus HFEBX | | None | | | Closed | 11/04/15 | K | | |
| 14. Gilead Sciences Inc. GILD | A | Dividend | K | T | | | | | |
| 15. W.P. Carey Inc. WPC | B | Dividend | K | T | | | | | |
| 16. Illiois St Toll Hwy 452252DB2 | C | Interest | L | T | Sold (part) | 02/18/15 | L | A | |
| 17. University Tex UNIV REVS FING SYS RGV BDS 915137ZQ9 | B | Interest | | | Sold | 02/18/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. University Tex System 9151374S9 | A | Interest | J | T | | | | | |
| 19. University Tex System 915137TA1 | B | Interest | K | T | | | | | |
| 20. State of Minnesota 604129PM2 | B | Interest | K | T | | | | | |
| 21. State of Washington 93974CRN2 | A | Interest | K | T | | | | | |
| 22. Aldine Ids 014393NP3 | B | Interest | K | T | | | | | |
| 23. State of Florida 341150ZY9 | B | Interest | K | T | | | | | |
| 24. Wisconsin St 97705LRK5 | B | Interest | K | T | | | | | |
| 25. North East Tx Isd 6591546J2 | B | Interest | | | Sold | 02/18/15 | L | A | |
| 26. Spring Branch Ids 849476LQ7 | A | Interest | | | Sold | 02/18/15 | K | A | |
| 27. State of Wisconsin 97705LE86 | B | Interest | K | T | | | | | |
| 28. Round Rock Ids779240GW4 | A | Interest | K | T | | | | | |
| 29. State of Ohio 677521QQ2 | B | Interest | K | T | | | | | |
| 30. University Colo Regents 91417KJU6 | B | Interest | K | T | | | | | |
| 31. State of California 13062TRX4 | A | Interest | K | T | | | | | |
| 32. Keller Ids 487694CZ2 | B | Interest | K | T | | | | | |
| 33. Ctrl Puget Sound 155048AY7 | B | Interest | K | T | | | | | |
| 34. Albuqerque Bernali 013493EU1 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Frisco Ids 35880CEK6 | B | Interest | L | T | | | | | |
| 36. County of Cook 213248AM9 | B | Interest | K | T | | | | | |
| 37. Grant Co Pud No 387883TD3 | B | Interest | L | T | | | | | |
| 38. Deer Park Isd 244127A71 | A | Interest | | | Sold | 02/18/15 | L | | |
| 39. North Carolina St Univ 658289E87 | B | Interest | K | T | | | | | |
| 40. DFA Emerging Markets DFCEX | B | Dividend | L | T | Buy | 02/25/15 | J | | |
| 41. | | | | | Buy | 08/27/15 | J | | |
| 42. DFA International Core DFIEX | | None | N | T | Sold (part) | 02/24/15 | M | D | |
| 43. | | | | | Buy | 12/23/15 | N | | |
| 44. DFA Intl. Small Cap Value DISVX | | None | | | Sold | 02/24/15 | K | B | |
| 45. DFA Intl. Vector Equity DFVQX | D | Dividend | K | T | Sold (part) | 02/13/15 | L | | |
| 46. | | | | | Buy | 02/25/15 | N | | |
| 47. | | | | | Sold (part) | 08/27/15 | J | | |
| 48. | | | | | Sold (part) | 12/23/15 | N | | |
| 49. DFA TA US Core Equity 2 DFTCX | | None | | | Sold | 02/24/15 | O | E | |
| 50. DFA US Core Equity 1 DFEOX | | None | P1 | T | Buy | 12/23/15 | P1 | | |
| 51. DFA US Core Equity 2 DFQTX | E | Dividend | K | T | Buy | 02/25/15 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 08/27/15 | K | | |
| 53. | | | | | Sold (part) | 12/23/15 | P1 | | |
| 54. DFA Global 60/40 Portfolio DGSIX | A | Dividend | | | Sold | 08/27/15 | J | | |
| 55. DFA Muni Real Return DMREX | B | Dividend | M | T | | | | | |
| 56. DFA Commodity Strategy DCMSX | A | Dividend | L | T | Buy | 02/13/15 | K | | |
| 57. | | | | | Sold (part) | 09/22/15 | J | | |
| 58. DFA Real Estate Securities DFREX | B | Dividend | L | T | Buy | 02/13/15 | K | | |
| 59. FL ST B/E Cap Outly 341426Q31 | C | Interest | L | T | Sold (part) | 02/18/15 | K | | |
| 60. Schwab Govt Fund SWGXX | | None | L | T | | | | | |
| 61. Vanguard Tax-Exempt Money Market VMSXX | A | Dividend | L | T | | | | | |
| 62. Vanguard Total Int'l Bond Index - Admiral VTABX | A | Dividend | K | T | | | | | |
| 63. Vanguard Total Bond Market Index - Admiral VBTLX | B | Dividend | K | T | | | | | |
| 64. State of California 13063CPJ3 | A | Interest | | | Redeemed | 04/17/15 | K | | |
| 65. Henderson European Focus HFEAX | A | Dividend | K | T | Open | 11/04/15 | K | | |
| 66. Edgewell Personal Care EPC | | None | J | T | Spinoff (from line 12) | 07/07/15 | J | | |
| 67. Money Market Pool (Schwab Charitable Fund) | A | Interest | M | T | Sold (part) | 02/12/15 | J | | |
| 68. | | | | | Sold (part) | 11/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/02/15 | M | | |
| 70. Nc Mun Pwr Cat Elec 658203Y32 | | None | L | T | Buy | 08/27/15 | L | | |
| 71. Schwab Money Market Fund | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, line 5, rental property, is located in Milwaukee County, Wisconsin and assessed by the City of Milwaukee at $374,100 with a fair market value of $386,500.

Section VII, line 10, plant nursery at residence, had no net income during the reporting period.

Vanguard Total Bond Market Index-Admiral VBTLX, Money Market Pool (Schwab Charitable Fund), Schwab Money Market Fund were inadvertently omitted from my 2014 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lynn S. Adelman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544